# Court of Appeals
# of the State of Georgia

ATLANTA,  May 16, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1447.  ARMETRIUS NEASON v. THE STATE**

Upon consideration, Appellant's Motion To Transfer Appeal To The Supreme Court is GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/16/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*